IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN CREDICO, | Civil No. 3:18-cv-1204 |
| Plaintiff | (Judge Mariani) |
| v. | |
| HHSA PARKIN, et al., | |
| Defendants | |

## ORDER

**AND NOW**, this 9th day of July, 2018, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion (Doc. 12) for reconsideration is **DENIED**.

Robert D. Mariani
United States District Judge